**Subject:** Transferred case has been opened
**Date:** Friday, April 24, 2020 at 9:41:12 AM Central Daylight Time
**From:** cmecf_ALND@alnd.uscourts.gov
**To:** ALSDdb_InterDistrictTransfer_ALSD

CASE: 2:20-cv-00204

DETAILS: Case transferred from Alabama Southern has been opened in Northern District of Alabama as case 2:20-cv-00564, filed 04/24/2020.